UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


LEROY ARNOLD SMITH, Jr.,
FREDA GALE COBB,
RAMONA N. FOSTER,
BRUCE GARWOOD
GAIL HUNTER,
BILLY JOE LIPFORD,                      Case No. 5:08cv84-RS/AK
SANDRA D. MCELVEY,
DELBERT MCKINNEY,
ANNETTE CRAWFORD OLDS,
ABDUL-SABOOR RUSHDAN,
TANYA A. SMITH,
DANNY WAYNE UTTERBACK,
MAXIE GRAY CARROL,
MARY HUNTER JOHNSON,
BRENDA M. MOLSBEE,
CLIFF THOMAS
CHARLES WILLIE WILLIAM,
JANE DOE Number 1,
JANE DOE Number 2,
JANE DOE Number 3,
JANE DOE Number 4,
LISA GWYNN LAMAR,
GAIL MAYES,
FREDERICK DALE NORRIS,
DEBRA JAN NORRIS and
AKILAH RUSHDAN,


        Plaintiffs,

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS;
FEDERAL PRISON INDUSTRIES, INC.
A/K/A UNICOR;
LAWRENCE M. NOVICKY, as an agent of
FEDERAL PRISON INDUDUSTRIES, INC.
A/K/A UNICOR;
JOE MCNEAL, as an agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A UNICOR;

and JAMES BAILEY, as an agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A
UNICOR,
     Defendants.

_____/

## ACKNOWLEDGEMENT OF SERVICE ON DEFENDANT JAMES BAILEY, AS AN AGENT OF FEDERAL PRISON INDUSTRIES, INC. A/K/A UNICOR

COME NOW the Plaintiffs, LEROY ARNOLD SMITH, Jr., FREDA GALE COBB, RAMONA N. FOSTER, BRUCE GARWOOD, GAIL HUNTER, BILLY JOE IPFORD, SANDRA D. MCELVEY, DELBERT MCKINNEY, ANNETTE CRAWFORD OLDS, ABDUL-SABOOR RUSHDAN, TANYA A. SMITH, DANNY WAYNE UTTERBACK, MAXIE GRAY CARROL, MARY HUNTER JOHNSON, BRENDA M. MOLSBEE, CLIFF THOMAS, CHARLES WILLIE WILLIAM, JANE DOE NNUMBER 1, JANE DOE NUMBER 2, JANE DOE NUMBER 3, JANE DOE NUMBER 4, LISA GWYNN LAMAR, GAIL MAYES, FREDERICK DALE NORRIS, DEBRA JAN NORRIS and AKILAH RUSHDAN, and by and through the undersigned counsel file this Acknowledgement of Service on Defendant James Bailey, as an agent of Federal Prison Industries, Inc. a/k/a UNICOR (hereinafter Defendant) and in support there of state as follows:

     1.    Service of a copy of the summons and complaint were made on Defendant, pursuant to Rule 4(i), Federal Rules of Civil Procedure by hand delivery on the Office of the United States Attorney, for the Northern District of Florida in Tallahassee, Florida on or about March 27, 2008.  A copy of

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 5:08 CV 84 RS/AK

Plaintiff:
**LEROY ARNOLD SMITH, JR., ET AL.**

vs.

Defendant:
**UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, ET AL.**

For:
H. Richard Bisbee
H Richard Bisbee, PA
1882 Capital Circle N E
Suite 206
Tallahassee, FL  32308

Received by Process Service of America, Inc. on the 27th day of March, 2008 at 10:22 am to be served on **JAMES BAILEY, INDIVIDUALLY AND AS AN AGENT OF FEDERAL PRISON INDUSTRIES, INC., A/K/A UNICOR C/O CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE, 111 N. ADAMS ST #4, TALLAHASSEE, FL 32301.**

I, Christopher M. Compton, do hereby affirm that on the **27th day of March, 2008** at **12:45 pm, I:**

**GOVERNMENT AGENCY:**  served by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **JULIE WHITE** as **CIVIL PROCESS CLERK** for **JAMES BAILEY, INDIVIDUALLY AND AS AN AGENT OF FEDERAL PRISON INDUSTRIES, INC., A/K/A UNICOR C/O CIVIL PROCESS CLERK**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher M. Compton**
Process Server # 101

**Process Service of America, Inc.**
**P.O. Box 5848**
**Tallahassee, FL  32314-5848**
**(850) 877-9809**

Our Job Serial Number: 2008007171

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

EXHIBIT
1
Blumberg No. 5119

OAO 440 (Rev. 8/01)   Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Florida

### SUMMONS IN A CIVIL ACTION

LEROY ARNOLD SMITH, Jr.,
FREDA GALE COBB,
RAMONA N. FOSTER,
BRUCE GARWOOD
GAIL HUNTER,
BILLY JOE LIPFORD,
DELBERT MCKINNEY,
ANNETTE CRAWFORD OLDS,
ABDUL-SABOOR RUSHDAN,
TANYA A. SMITH,
DANNY WAYNE UTTERBACK,
MAXIE GRAY CARROL,
MARY HUNTER JOHNSON,
BRENDA M. MOLSBEE,
CLIFF THOMAS
CHARLES WILLIE WILLIAM,
JANE DOE Number 1,
JANE DOE Number 2,
JANE DOE Number 3,
JANE DOE Number 4,
LISA GWYNN LAMAR,
GAIL MAYES,
FREDERICK DALE NORRIS,
DEBRA JAN NORRIS and
AKILAH RUSHDAN,

     Plaintiffs,

vs.

$S: 08cv84-RS/AK$

$S. 3/27/8w 1245u$
$by cpk$ $cps \# 101$

CASE NUMBER:

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS;
FEDERAL PRISON INDUSTRIES, INC.
A/K/A UNICOR;
LAWRENCE M. NOVICKY, Individually and
As an Agent of FEDERAL PRISON INDUDTRIES, INC.
A/K/A UNICOR;
JOE MCNEAL, Individually, and as an Agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A UNICOR;
and JAMES BAILEY, Individually and as an agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A
UNICOR,
    Defendants.

TO:    James Bailey, Individually
       and as an Agent of Federal Prison Industries, Inc,
       A/K/A UNICOR
       3094 Indian Circle
       Marianna, Florida 3246-1701
       C/O Civil Process Clerk
       U. S. Attorney's Office
       111 North Adams Street #4
       Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEYS:

H. Richard Bisbee, P.A
1882 Capital Circle, N.E.
Suite 200
Tallahassee, Florida 32308
(850) 386-5300

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM M. McCOOL, Clerk                    02/25/08

CLERK                                        DATE

(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): _Served to the address listed (gov't. agency)_
_on Julie White as Civil Process Clerk_

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                           Signature of Server

                                    _Christopher Compton_
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

THE LAW OFFICE OF
## H. RICHARD BISBEE, P.A.
*A Professional Association*

1882 Capital Circle, N.E., Suite 206
Tallahassee, Florida 32308
—

Telephone: (850)-386-5300
Telecopier: (850)-219-0053

July 11, 2008

VIA CERTIFIED MAIL
RETURN RECEIPT
7007 0710 0002 8181 6606

The Honorable Michael B. Mukasey
Attorney General of the United States
C/O Service of Process
Room B-103
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Dear Attorney General Mukasey:

Enclosed please find copies of a civil summons and
complaint that were served on the Office of the United
States Attorney in Tallahassee, Florida, on March 27, 2008
in connection a law suit filed against the US Department of
Justice, Bureau of Prisons and other defendants in Federal
District Court for the Northern District of Florida.

This summons and complaint are being served on you
pursuant to the applicable provisions of Rule 4 of the
Federal Rules of Civil Procedure. This law suit was filed
on or about March 26, 2008 and service of the summons and
complaint on you and certain other defendants in the case
has been delayed until after the US Attorney's Office
resolved issues regarding a potential conflict of interest.
Now the case has been reassigned and is being defended by
the US Attorney's Office for the Middle District of
Florida.

Please be award that a response to the complaint is
required in accordance with the requirements set forth in
the attached summons and applicable rules of court.

EXHIBIT
2
Blumberg No. 5119

Sincerely

Bill Reeves
"Of Counsel"

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 5:08 CV 84 RS/AK

Plaintiff:
**LEROY ARNOLD SMITH, JR., ET AL.**

vs.

Defendant:
**UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, ET AL.**

For:
H. Richard Bisbee
H Richard Bisbee, PA
1882 Capital Circle N E
Suite 206
Tallahassee, FL  32308

Received by Process Service of America, Inc. on the 27th day of March, 2008 at 10:19 am to be served on **U.S. DEPT. OF JUSTICE, FEDERAL BUREAU OF PRISIONS C/O CIVIL PROCESS CLERK,, U.S. ATTORNEY'S OFFICE, 111 N. ADAMS ST. #4, TALLAHASSEE, FL 32301.**

I, Christopher M. Compton, do hereby affirm that on the **27th day of March, 2008 at 12:45 pm, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **Summons in a Civil Action, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **JULIE WHITE as CIVIL PROCESS CLERK for U.S. DEPT. OF JUSTICE, FEDERAL BUREAU OF PRISIONS C/O CIVIL PROCESS CLERK,,** and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher M. Compton
Process Server # 101

**Process Service of America, Inc.**
P.O. Box 5848
Tallahassee, FL  32314-5848
(850) 877-9809

Our Job Serial Number: 2008007170

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6 2c

OAO 440 (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Florida

## SUMMONS IN A CIVIL ACTION

LEROY ARNOLD SMITH, Jr.,
FREDA GALE COBB,
RAMONA N. FOSTER,
BRUCE GARWOOD
GAIL HUNTER,
BILLY JOE LIPFORD,
DELBERT MCKINNEY,
ANNETTE CRAWFORD OLDS,
ABDUL-SABOOR RUSHDAN,
TANYA A. SMITH,
DANNY WAYNE UTTERBACK,
MAXIE GRAY CARROL,
MARY HUNTER JOHNSON,
BRENDA M. MOLSBEE,
CLIFF THOMAS
CHARLES WILLIE WILLIAM,
JANE DOE Number 1,
JANE DOE Number 2,
JANE DOE Number 3,
JANE DOE Number 4,
LISA GWYNN LAMAR,
GAIL MAYES,
FREDERICK DALE NORRIS,
DEBRA JAN NORRIS and
AKILAH RUSHDAN,

    Plaintiffs,

vs.

                   CASE NUMBER:

S: 08 cv 84 - RS/AK

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS;
FEDERAL PRISON INDUSTRIES, INC.
A/K/A UNICOR;
LAWRENCE M. NOVICKY, Individually and
As an Agent of FEDERAL PRISON INDUDTRIES, INC.
A/K/A UNICOR;
JOE MCNEAL, Individually, and as an Agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A UNICOR;
and JAMES BAILEY, Individually and as an agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A
UNICOR,
    Defendants.

TO:    U.S Department of Justice,
       Federal Bureau of Prisons
       3625 FCI Road
       Marianna, Florida 32447
       C/O Civil Process Clerk
       U. S. Attorney's Office
       111 North Adams Street #4
       Tallahassee, Florida 32301


YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEYS:

H. Richard Bisbee, P.A
1882 Capital Circle, N.E.
Suite 200
Tallahassee, Florida 32308
(850) 386-5300


an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


WILLIAM M. McCOOL, Clerk

_____            _____02/25/08_____
CLERK                                        DATE


_Kayle Brunner_
(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

| Check one box below to indicate appropriate method of service | |
|---|---|

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify):  Served to the address listed (govt. agency) on Julie White as Civil Process Clerk

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
               Date                   Signature of Server

                                      Christopher Compton
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*UNICOR*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE HONORABLE MICHAEL B. MUKASEY
ATTORNEY GENERAL OF THE UNITED STATES
C/o SERVICE OF PROCESS
ROOM B-103
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    □ Agent
                     □ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
         JUN 1 6 2008

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 5:08 CV 84 RS/AK

Plaintiff:
**LEROY ARNOLD SMITH, JR., ET AL.**

vs.

Defendant:
**UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, ET AL.**

For:
H. Richard Bisbee
H Richard Bisbee, PA
1882 Capital Circle N E
Suite 206
Tallahassee, FL  32308

Received by Process Service of America, Inc. on the 15th day of July, 2008 at 10:42 am to be served on **JAMES BAILEY, INDIVIDUALLY AND AS AN AGENT OF FEDERAL PRISON INDUSTRIES, INC., A/K/A UNICOR C/O CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE, 111 N. ADAMS ST., #4, TALLAHASSEE, FL 32301.**

I, Michael R. Compton, do hereby affirm that on the **15th day of July, 2008 at 1:25 pm, I:**

**GOVERNMENT AGENCY:**  served by delivering a true copy of the **Summons in a Civil Action, Complaint For Declaratory Judgment, Damages, Mandatory and Prohibitory Injunctive Relief and Exhibits** with the date and hour of service endorsed thereon by me, to: **TOM COSTE as CIVIL PROCESS CLERK for JAMES BAILEY, INDIVIDUALLY AND AS AN AGENT OF FEDERAL PRISON INDUSTRIES, INC., A/K/A UNICOR C/O CIVIL PROCESS CLERK, U.S. ATTORNEY'S OFFICE**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true.  Notary not required pursuant to FL Statute 92.525 Sec (2).

Michael R. Compton
Certified Process Server # 99

**Process Service of America, Inc.**
**P.O. Box 5848**
**Tallahassee, FL  32314-5848**
**(850) 877-9809**

Our Job Serial Number: 2008010455

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

EXHIBIT
3
Blumberg No. 5119

OAO 440 (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Florida

### SUMMONS IN A CIVIL ACTION

LEROY ARNOLD SMITH, Jr.,
FREDA GALE COBB,
RAMONA N. FOSTER,
BRUCE GARWOOD
GAIL HUNTER,
BILLY JOE LIPFORD,
DELBERT MCKINNEY,
ANNETTE CRAWFORD OLDS,
ABDUL-SABOOR RUSHDAN,
TANYA A. SMITH,
DANNY WAYNE UTTERBACK,
MAXIE GRAY CARROL,
MARY HUNTER JOHNSON,
BRENDA M. MOLSBEE,
CLIFF THOMAS
CHARLES WILLIE WILLIAM,
JANE DOE Number 1,
JANE DOE Number 2,
JANE DOE Number 3,
JANE DOE Number 4,
LISA GWYNN LAMAR,
GAIL MAYES,
FREDERICK DALE NORRIS,
DEBRA JAN NORRIS and
AKILAH RUSHDAN,

     Plaintiffs,

vs.                                        CASE NUMBER:


UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS;
FEDERAL PRISON INDUSTRIES, INC.
A/K/A UNICOR;
LAWRENCE M. NOVICKY, Individually and
As an Agent of FEDERAL PRISON INDUDTRIES, INC.
A/K/A UNICOR;
JOE MCNEAL, Individually, and as an Agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A UNICOR;
and JAMES BAILEY, Individually and as an agent of
FEDERAL PRISON INDUSTRIES, INC. A/K/A
UNICOR,
    Defendants.

*S: O8cv84-RS/AK*

*mz-099*
*7/15/08 1:25p.*

TO:    James Bailey, Individually
       and as an Agent of Federal Prison Industries, Inc,
       A/K/A UNICOR
       3094 Indian Circle
       Marianna, Florida 3246-1701
       C/O Civil Process Clerk
       U. S. Attorney's Office
       111 North Adams Street #4
       Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEYS:

H. Richard Bisbee, P.A
1882 Capital Circle, N.E.
Suite 200
Tallahassee, Florida 32308
(850) 386-5300

an answer to the complaint which is served on you with this summons, within 60 days after service of
this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. Any answer that you serve on the parties
to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM M. McCOOL, Clerk                          08/28/08
CLERK                                        DATE

_Kayla Bimmer_
(By) DEPUTY CLERK

AO 4 :0 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __ ___ ____.
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address