IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEROY ARNOLD SMITH, et al,

       Plaintiffs,

vs.                                    CASE NO. 5:08cv84/RS-AK

UNITED STATES OF AMERICA, et al,

       Defendants.
_____/

## ORDER

Before me is Plaintiffs' Stipulated Notice Of Dismissal Of Defendants Joe McNeal and James Bailey With Prejudice (Doc. 23).

**IT IS ORDERED** that Plaintiffs' claims against Defendants Joe McNeal and James Bailey are dismissed and Joe McNeal and James Bailey are dropped as party-defendants from this case.

**ORDERED** on October 2, 2008.

                                                   /S/ Richard Smoak
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**