# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

John Ley
Clerk

In Replying Give Number
Of Case and Names of Parties

April 15, 2010

William McCool
Clerk, U.S. District Court
30 W Government St., Suite 205
Panama City, FL 32401

**Appeal Number: 09-14471-HH**
Case Style: Leroy Arnold Smith v. USA
District Court Number: 08-00084-CV-5-RS-AK

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 42-1(b).  This appeal was treated as dismissed on April 13, 2010.

Sincerely,

John Ley, Clerk of Court

Reply To: Joe Caruso (404) 335-6177

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

No. 09-14471-HH



LEROY ARNOLD SMITH, et. al.,

Plaintiffs,

CLINT E. CLARK,

Movant-Appellant,

versus

UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF PRISONS,
FEDERAL PRISON INDUSTRIES INC,
a.k.a. Unicor,
LAWRENCE M. NOVICKY,
Individually and as an agent of Federal
Prison Industries Inc., a.k.a Unicor
agent of Federal Prison Industries, Inc.

Defendants-Appellees.

--------------------------
On Appeal from the United States District Court for the
Northern District of Florida
--------------------------

ENTRY OF DISMISSAL

Pursuant to 11th Cir. R. 42-1(b), this appeal is hereby dismissed for want of prosecution because

no one has filed a motion for substitution of parties within the time set forth by the Court's

March 11, 2010, Order.

John Ley
Clerk of Court

By:   Joe Caruso
      Deputy Clerk

FOR THE COURT-BY DEPUTY CLERK

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By:
Deputy Clerk
Atlanta, Georgia