# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

LEROY ARNOLD SMITH, et al.,
    Plaintiffs,

vs.                                       CASE NO. 5:08-cv-84/RS/AK

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

## ORDER

Clint E. Clark's Request for Joinder (Doc. 113) and Request for Appointing of a Class Counsel (Doc. 114) are **DENIED AS MOOT**.

**ORDERED** on July 2, 2010.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**